ORIGINAL

AO93 Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| In the Matter of the Search of:<br>Starla Shaffer and Vanessa Gonzalez' residence, a tan colored structure with attached garage, located at 2150 East Jackson Circle, Mohave Valley, Arizona 86440, which is a single family dwelling located on the Fort Mojave Indian Reservation, with GPS coordinates 34.85203, -114.58411 | Case No.  22-9368 MB |

## ELECTRONICALLY ISSUED SEARCH AND SEIZURE WARRANT

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the District of Arizona:

**As further described in Attachment A.**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal:

**As set forth in Attachment B.**

**YOU ARE COMMANDED** to execute this warrant on or before  10/6/2022  _(not to exceed 14 days)_
☒ in the daytime 6:00 a.m. to 10:00 p.m. ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to <u>any United States Magistrate Judge on criminal duty in the District of Arizona</u>.

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized ☐ for  30  days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:  9/22/2022 @ 9:36am                *ESWillett*
                                                                                      Judge's signature

City and state: Phoenix, Arizona                Honorable Eileen S. Willett, U.S. Magistrate Judge
                                                                    *Printed name and title*

## ATTACHMENT A

### DESCRIPTION OF PROPERTY TO BE SEARCHED

Starla Shaffer and Vanessa Gonzalez' residence, a tan colored structure with attached garage, located at 2150 East Jackson Circle, Mohave Valley, Arizona 86440, which is a single family dwelling located on the Fort Mojave Indian Reservation, with GPS coordinates 34.85203, -114.58411. The property to be searched includes anything within the curtilage, to include porch, sheds, vehicles, and persons on the premises likely to possess any of the items to be searched for as included in Attachment B.



**ATTACHMENT B – THINGS TO BE SEARCHED FOR AND SEIZED**

1. Any DNA evidence and/or evidence of child abuse, including, but not limited to, dried blood or bodily fluids and/or substances that appear to be blood or bodily fluids, which may be on the floors, walls, clothing, bedding, furniture, or items used to clean up same (such as cloth towels, washcloths, or paper towels).

2. Any items of evidence that may be readily used as a disciplinary objects, including belts, shoes, and hangers and/or that otherwise appear to be items consistent with pattern injuries and bruising on the body of Jane Doe 1.

3. Any unlawfully possessed controlled substances, including marijuana, Tetrahhydrocannabinol (THC), methamphetamine, or substances appearing to be methamphetamine (e.g., white crystalline substances).

4. Any drug paraphernalia for storing, smoking, ingesting, and/or using unlawfully possessed controlled substances (e.g., marijuana), including baggies, pipes, and other smoking devices.

5. Any products/items containing Cannabidiol (CBD), CBD Oil, CBD infused drinks, CBD infused food, and items of the like.

6. Any Closed-Circuit Television (CCTV) recording devices to include baby monitors, surveillance cameras, recording devices, digital voice recorders, digital recording devices, cellular telephones.

7. Any cellular telephones phones belonging to S.S. and/or V.G. (If recovered, separate search warrants will be sought to search such devices.)

8. Any and all medical records pertaining to Jane Doe 1.

9. Indicia of ownership, occupancy, and/or use of the residence, including such things as mail, (e.g., bills) that may be addressed to the occupant(s); driver's licenses and/or identification cards; and photographs of the owners and/or occupants of the structure.

10. Photographs and measurements of the residence and things located therein and/or seized.

| Return |||
|---|---|---|
| Case No.:<br>22-9368 MB | Date and time warrant executed:<br>09/22/2022 12:20PM | Copy of warrant and inventory left with:<br>THE RESIDENCE 2150 E JACKSON CIR. Mohave Valley, AZ |
| Inventory made in the presence of: FORT MOJAVE TRIBAL POLICE DEPARTMENT OFFICER SERGEANT CRAIG ANDCREN |||

Inventory of the property taken and name of any person(s) seized:

SEE ATTACHED FD-597 RECEIPT FOR PROPERTY

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 09/23/2022

_____
Executing Officer's Signature

DONALD FERREIRA   SPECIAL AGENT
Printed Name and Title

FD-597 (Rev. 4-13-2015)                                                                        Page_____ of_____

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: 198U-PX-3658937

On (date) 9/22/22 4:30

item(s) listed below were:
[X] Collected/Seized
[ ] Received From
[ ] Returned To
[ ] Released To

(Name) _____

(Street Address) 2150 E Jackson Circle

(City) Mohave Valley, AZ

Description of Item(s): 1) Cannibis Infused Gummy formula 2) AFAC Bill 3) NY Life Post Card 4) Black Tablet Ipad Silver 5) Two(2) Smoking Cartriges 6) Hubble Camera w/Cord 7) Pipe and Cicular Container 8) Blue STINZY Device 9) White Cult life Pen 10) STIIZY Box 11) Green dropper Bottle 12) Two HEMP Containers 13) Five(5) Items smoking paraphenelia 14) Smoking Devices and Drug Paraphenilia 15) Bottle of Memory Devices 16) Various Drug Consumables 17) Washington Footbull bag with Drug Items 18) Two Cameras 19) HCCCS Documents 20) Tablet with Pink Case 21) Iphone Black 22) Silver Ipad gray Case 23) White tablet sky devices 24) Iphone Watch, Black 25) Drug Bongs and smoking paraphenelia 26) Black Iphone Black Case 27) Bills Starla Shaffer Southwest Gas FT Mojave RVM 28) Law View Camera

Received By: _____(Signature)_____   Received From: _____(Signature)_____

Printed Name/Title: SA KV Mills FBI   Printed Name/Title: _____